**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER SEEKING CLARIFICATION

Appellate case name:      Ki Jun Jang and YK Quick stop Food, Inc. v. UM Investor Co., LLC

Appellate case number:    01-19-01004-CV

Trial court case number:  2017-13558

Trial court:              281st District Court of Harris County

On December 29, 2020, the parties filed a "Joint Motion to Dismiss" informing this Court that they had entered into a settlement agreement and asking that "the Court . . . dismiss the appeal, and remand the matter to the District Court to vacate the final judgment and for the release of the appeals bond back to Appellants." The Texas Rules of Appellate Procedure, however, do not permit this Court to dismiss an appeal and then remand the case to the trial court. *See* TEX. R. APP. P. 43.2 (setting out types of judgments courts of appeals may render). Furthermore, the motion does not request relief consistent with either Rule of Appellate Procedure 42.1(a)(1)—permitting the Court to dismiss the appeal on appellant's motion—or Rule 42.1(a)(2)—permitting the Court to render judgment effectuating the parties' agreement; to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or to abate the appeal and permit proceedings in the trial court to effectuate the parties' agreement. *See id.* R. 42.1(a).

Accordingly, the parties are ordered to file a response clarifying the relief sought in the Joint Motion to Dismiss by January 26, 2021. If no response is received, the motion to dismiss will be denied for failure to request relief consistent with the Rules of Appellate Procedure. It is so ORDERED.

Judge's signature:  _/s/ Richard Hightower_____
                    Acting individually

Date:  _January 14, 2021_____